WO

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | |
| Plaintiff, | ) | CR 11-354 TUC DCB |
| v. | ) | |
| Ramon Saavedra-Paredes, | ) | |
| Defendant. | ) | **ORDER** |

The Court grants the Government's Motion to Dismiss Defendant's Appeal of his misdemeanor sentence imposed, pursuant to a guilty plea, entered on July 6, 2010. He was sentenced and Judgment entered the same day to 180 days in prison, with credit for time served, for violating 18 U.S.C. 1325 by unlawfully entering the United States at a time and place other than as designated by an Immigration Officer.

Defendant's Appeal was untimely filed on November 2, 2010, more than 14 days after entry of the Judgment. Defendant's Appeal is moot because he has been released and not placed on supervised release. Defendant's Appeal, filed in 10-9654M challenged the sentence as illegally imposed in violation of law due to an incorrect guideline application. The misdemeanor sentence, however, was not a guideline offense. Additionally, his plea agreement contained a waiver of his right to appeal, which warrants dismissal of the appeal. *United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir. 2000); *United States v. Bolinger*, 940 F.2d 478, 479-80 (9th Cir. 2010).

For all these reasons, the Motion to Dismiss the Appeal is granted.

**Accordingly,**

1     **IT IS ORDERED** that the Motion to Dismiss the Appeal (doc. 4 in CR 11-354 DCB
2 GEE and doc. 7 in MJ 10-9654 GEE) is GRANTED.
3     DATED this 7th day of April, 2011.

                                    David C. Bury
                                    United States District Judge